O

JS - 6

cc: order, docket, remand letter to
Los Angeles Superior Court,
No. BC 488956

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY MACIAS, on behalf of himself and all others similarly situated, ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CV 12-07550 DDP (VBKx) **ORDER REMANDING CASE TO STATE COURT** |
| Plaintiff, | |
| v. | |
| AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA, | |
| Defendant. | |

Plaintiff originally filed suit against Defendant in California state court on July 25, 2012. Defendant removed the action to this court on September 4, 2012, on the basis of federal question jurisdiction. The court finds that it lacks subject matter jurisdiction and therefore remands the entire matter to state court.

In his Complaint, Plaintiff asserts only state law claims, stemming from Defendant's alleged discrimination against individuals with disabilities. Defendant nonetheless contends that there is federal question jurisdiction, because Plaintiff has

alleged in his Complaint that violations of the federal Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101, also constitute violations of the state laws asserted in the Complaint.  However, as another district court in this Circuit has explained in detail, such allegations do not - on their own - create federal question jurisdiction.  See <u>Pickern v. Best W. Timber Cove Lodge Marina Resort</u>, 194 F. Supp. 2d 1128, 1131-33 (E.D. Cal. 2002).  Again, Plaintiff only alleges state law claims here; he has chosen <u>not</u> to allege any claims under the ADA.

Accordingly, the court finds that it lacks subject matter jurisdiction, and REMANDS this case to California state court.

IT IS SO ORDERED.

Dated: September 17, 2012

DEAN D. PREGERSON
United States District Judge